AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA

v.

Asselin

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Melinda Asselin

For arraignment only

Date: 7/12/04

Signature: [signed]

Print Name: Richard M Egbert

Address: 99 Summer St

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-737-8222