UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-10-MAP |
| ) | |
| MELINDA ASSELIN ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant **Melinda Asselin** in the above-entitled matter.

Respectfully submitted
By her attorney,

*/s/ Bernard Grossberg*
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8558
B.B.O. No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 23rd day of July, 2004, I have served a true copy of my **Notice Of Appearance** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail.

*/s/ Bernard Grossberg*
Bernard Grossberg