UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-10-MAP |
| ) | |
| MELINDA ASSELIN ) | |

## NOTICE RE: AUTOMATIC DISCLOSURE

The defendant, **Melinda Asselin** in the above-entitled matter hereby states that she elects to proceed under the automatic discovery rules in accordance with Local Criminal Rules 116.1 through 116.5.

                                                 Respectfully submitted
                                                 By her attorney,

                                                 Bernard Grossberg
                                                 99 Summer Street
                                                 Suite 1800
                                                 Boston, MA  02110
                                                 (617) 737-8558
                                                 B.B.O. No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 23rd day of July, 2004, I have served a true copy of my **Notice Re: Automatic Disclosure** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA  01103 by delivering same by pre-paid first class mail.

                                                 Bernard Grossberg