UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | Criminal No. 04-30033-10-MAP |
| JOSEPH ASSELIN  and ) | |
| MELINDA ASSELIN ) | |

## MOTION OF DEFENDANTS JOSEPH ASSELIN AND MELINDA ASSELIN TO TEMPORARILY AMEND CONDITIONS OF RELEASE

The defendants, **Joseph Asselin and Melinda Asselin** in the above-numbered matters move this Court to temporarily amend their present respective conditions of release which require that they not leave the Commonwealth by allowing each of them to leave the Commonwealth from April 6, 2005 to April 20, 2005, with their children pursuant to the following schedule:

Leave the Commonwealth of Massachusetts via mobile home on Saturday, April 16, 2005

Arrive and stay in Williamsburg, Virginia on Sunday, April 17, 2005

Travel to Virginia Beach on Monday and/or Tuesday, April 18 and 19, 2005

Return to the Commonwealth on April 20, 2005

In addition, the defendant, **Joseph Asselin** moves this Court to temporarily amend his present conditions of release which require that he not leave the Commonwealth by allowing him to leave the Commonwealth from on April 14, 2005

from 4:00 p.m. to 12:00 p.m. in order to attend a business meeting at the Foxwoods Casino in Ledyard, Connecticut.

Respectfully submitted<br>
By his attorney,<br><br>
/s/ Bernard Grossberg<br>
Bernard Grossberg<br>
99 Summer Street<br>
Suite 1800<br>
Boston, MA 02110<br>
(617) 737-8558<br>
B.B.O. No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 1st day of April, 2005, I have served a true copy of a **Motion Of Defendants Joseph Asselin And Melinda Asselin To Temporarily Amend Conditions Of Release** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail and upon United States Pre-Trial Services Officer, Toland K. Gladden, Pre-Trial Services, 1550 Main Street, Room 534, Springfield, MA 01103

/s/ Bernard Grossberg
Bernard Grossberg