

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *Federal Building and Courthouse*
*Facsimile:     (413) 785-0394*  *1550 Main Street, Room 310*
                                  *Springfield, Massachusetts 01103*

September 13, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re: United States v. Raymond Asselin, et al.
        Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed copies of an additional Government Exhibit, GX 304: Court File, First National Bank of Boston v. P.J. Richfield, et al., 92-CV-0284.

    Please also find enclosed a business records certification for GX 240.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

        By:

                        STEVEN H. BRESLOW
                        Assistant U.S. Attorney

Encl.
✓cc: Clerk of the Court (MAP) (w/o enclosure)