**EXHIBIT A**

and circumstances related to these events, I should have understood, and now understand, that the persons doing the construction, home improvements and other work, were Springfield Housing Authority employees who were being paid by the Springfield Housing Authority at the time that they were working on my home.