UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| MELINDA ASSELIN, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR EXCLUDABLE DELAY

On June 30, 2008, the parties filed a Pretrial Diversion Agreement with the Court (hereafter, the "Agreement"). The Agreement provides, inter alia, that if the defendant remains in full compliance with all of her obligations under the Agreement, the United States shall seek dismissal of the Superseding Indictment with prejudice within thirty days of August 6, 2008. The Agreement further contains an agreement by the defendant to toll the statute of limitations and waive her rights to a speedy trial during the period of time from September 15, 2006 through the entire period that the Agreement is in effect.

Consistent with the foregoing provisions, the parties jointly move that the Court exclude under the Speedy Trial Act the period of time from September 15, 2006 to August 6, 2008. The foregoing time is excludable pursuant to 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(A), since during that period of time the defendant has

been granted the opportunity to demonstrate her good conduct, thus conserving judicial economy and government resources.

                                              Respectfully submitted,

| | |
|---|---|
| MELINDA ASSELIN<br>By her attorney<br><br>_____<br>BERNARD GROSSBERG<br>Counsel for Melinda Asselin | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>_____<br>STEVEN H. BRESLOW<br>Assistant U.S. Attorney |

Date: July 8, 2008