UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-30033-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| MELINDA ASSELIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO DISMISS ALL COUNTS
PENDING AGAINST DEFENDANT MELINDA ASSELIN**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Dismiss All Counts Pending Against Defendant Melinda Asselin.

1.    On July 9, 2004, the Grand Jury returned an Indictment against Melinda Asselin in United States District Court for the District of Massachusetts captioned <u>United States v. Raymond Asselin, Sr., et al.</u>, Criminal No. 04-30033-MAP, charging the defendant with, among other things, conspiring to receive gratuities and receipt of gratuities, in violation of 18 U.S.C. §§ 371 and 201, and conspiracy to commit theft against the United States, in violation of 18 U.S.C. §§ 371 and 641. Melinda Asselin was arraigned on the Indictment on July 12, 2004.

2.    On January 11, 2005, the Grand Jury returned a Superseding Indictment against Melinda Asselin in United States District Court for the District of Massachusetts captioned <u>United States v. Raymond Asselin, Sr., et al.</u>, Criminal No. 04-30033-MAP, charging the defendant with, among other things, the same violations described above. Melinda Asselin was arraigned on the Superseding Indictment on January 19, 2005.

1

3. On June 30, 2008, the government filed a Pretrial Diversion Agreement that referenced an oral agreement on approximately September 15, 2006, which contemplated an eighteen month period of diversion. Pursuant to the Pretrial Diversion Agreement, the government agreed to recommend to the Court that prosecution of Melinda Asselin be deferred until August 6, 2008, provided that Melinda Asselin complied with the terms and conditions of the agreement. The government also agreed to seek dismissal of the indictment with prejudice within thirty days of the expiration of the diversionary period.

4. By Memorandum dated September 3, 2008, the Pretrial Services Office stated that Melinda Asselin complied with her conditions of pretrial release and has paid restitution as ordered. Accordingly, the Pretrial Services Office recommended that the defendant be allowed to conclude her Pretrial Diversion period as scheduled on August 6, 2008.

5. The diversionary period expired on August 6, 2008. The defendant has been subject to pre-trial release conditions since July 12, 2004, and has not violated any such condition.

6. Accordingly, the government respectfully requests that the Court dismiss with prejudice all pending counts against the defendant.

Filed this 8th day of September, 2008.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ Steven H. Breslow
                                                STEVEN H. BRESLOW
                                                Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              September 8, 2008


    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Bernard Grossberg, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110
Counsel for defendant Melinda Asselin


           /s/ Steven H. Breslow
        STEVEN H. BRESLOW
        Assistant United States Attorney